UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **2:19-cv-10332-JFW (MAA)**                              Date: **February 18, 2020**

Title  **Dennis Petillo v. Ashton Flores**

Present: The Honorable **MARIA A. AUDERO**, United States Magistrate Judge

| Erica Valencia | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   Order to Show Cause Why This Case Should Not Be Dismissed

On January 2, 2020, the Court denied Plaintiff Dennis Petillo's ("Plaintiff") Request to Proceed *In Forma Pauperis*. ("Order," ECF No. 6.) The Order granted Plaintiff leave to file an amended request to proceed *in forma pauperis* within 30 days, or the case would be dismissed. (*Id.*) To date, Plaintiff has neither submitted the $400 filing fee nor an amended request to proceed *in forma pauperis*.

Plaintiff is **ORDERED TO SHOW CAUSE** by **March 19, 2020** why the Court should not recommend that the case be dismissed for for failure to pay the filing fee or submit an application to proceed *in forma pauperis* pursuant to Federal Rule of Civil Procedure 41(b). If Plaintiff submits the $400 filing fee or an application to proceed *in forma pauperis* on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to pay the filing fee or submit an application to proceed *in forma pauperis* pursuant to Federal Rule of Civil Procedure 41(b).**

It is so ordered.

Attachment
Request to Proceed In Forma Pauperis with Declaration in Support (CV-60P)

|  | Time in Court: | 0:00 |
|---|---|---|
|  | Initials of Preparer: | EV |